IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RAY WILEY,

    Plaintiff,    No. CIV S-04-1922 MCE KJM P

  vs.

CHERYL K. PLILER, et al.,

    Defendants.    ORDER AND ORDER TO SHOW CAUSE

_____/

      By an order filed June 3, 2005, this court directed the United States Marshal to serve all process without prepayment of costs. On August 31, 2005 and September 28, 2005, the Marshal filed executed waivers of service for the three defendants. None of them has filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants Pliler, Narramore and Wooten show cause, within twenty days from the date of this order, why default should not be entered;

      2. The Clerk of the Court shall forward a copy of this order to defendant Cheryl Pliler, Warden, and Officers Wooten and Narramore, California State Prison Sacramento, P.O. Box 290002, Represa, California 95671; and

/////

/////

3. The Clerk of the Court is directed to serve a copy of this order on Michael G. Lee, Deputy Attorney General.

DATED: December 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

wile1922.77d