IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES RAY WILEY,** | CIV 2:04-cv-1922 MCE KJM P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **PLILER, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a motion for summary judgment was considered by the Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file a motion for summary judgment.

DATED: February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

Order Granting Extension of Time to File Motion for Summary Judgment

1