IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES RAY WILEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**PLILER, et al.,**<br><br>　　　　　　　　　　Defendants. | CIV 2:04-cv-1922 MCE KJM P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants' first request for an extension of time to file an opposition to Plaintiff's motion for summary judgment was considered by the Court and, good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file an opposition to Plaintiff's motion for summary judgment.

DATED: March 13, 2007.

_____
U.S. MAGISTRATE JUDGE