IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RAY WILEY

      Plaintiff,                    No. CIV S-04-1922 MCE KJM P

    vs.

CHERYL PLILER, et al.,

      Defendants.           ORDER

_____/

        In light of the pending motions for summary judgment, the dates for pretrial statements, pretrial conference and trial are hereby vacated, to be reset, if necessary, after the resolution of the pending motions.

        IT IS SO ORDERED.

DATED: May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2
wile1922.eot