UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

NOV 13 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

| | |
|---|---|
| JAMES RAY WILEY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CHERYL K. PLILER, Warden; et al.,<br><br>    Defendants - Appellees. | No.  07-16829<br>D.C. No.  CV-04-01922-<br>MCE/KJM<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [  ]

This appeal is not taken in good faith       [ ✓ ]

Explanation: _____

_____

_____

_____

                                                   *[signature]*
                                                   _____
                                                   Judge
                                                   United States District Court

                                                   Date: 11.8.07